IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEDGEWOOD,

    Plaintiff,

v.

MATIJA TURKALJ,

    Defendant.

No. C 15-01015 WHA

**ORDER RE MARCH 26 HEARING AND OBJECTIONS TO MAGISTRATE JUDGE JAMES' REPORT AND RECOMMENDATION**

    Defendant Matija Turkalj removed this case to federal court (Dkt. No. 1). Magistrate Judge Maria-Elena James then issued an order to show cause why this case should not be remanded to state court and set a hearing for March 26, 2015 (Dkt. No. 3). Before that hearing, however, Judge James issued a report and recommendation to remand the case to Martinez County Superior Court and the case was reassigned to the undersigned judge. The hearing set for March 26 is hereby **VACATED**. Any objections to Judge James' report and recommendation are due by **APRIL 2, 2015.**

    **IT IS SO ORDERED.**

Dated: March 24, 2015.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE