IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEDGEWOOD,

    Plaintiff,

  v.

MATIJA TURKALJ,

    Defendant.

No. C 15-01015 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**

The Court is in receipt of the report and recommendation of Magistrate Judge Maria-Elena James recommending remand of this action for lack of jurisdiction (Dkt. No. 5). No objection was received in response to this report and recommendation. This order therefore **ACCEPTS** and **ADOPTS** the findings therein. Accordingly, **THE CLERK SHALL REMAND THE CASE TO MARTINEZ COUNTY SUPERIOR COURT**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE